IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CONTRELL PLUMMER,

    Plaintiff,

v.

JAMES BELFORD, et al.,

    Defendants.

Case No. 20-CV-01247-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 19, 2024 (Doc. 43), this action is **DISMISSED with prejudice**.

**DATED: December 19, 2024**

                                              MONICA A. STUMP,
                                              Clerk of Court

                                          By: *s/ Jackie Muckensturm*
                                               Deputy Clerk

**APPROVED:** *s/ Stephen P. McGlynn*
                  STEPHEN P. MCGLYNN
                  U.S. District Judge